(February 11, 1971)

In the Matter of the Claim of JOSEPH A. MCANDREWS, Respondent, v. BETHLEHEM STEEL CORPORATION, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeals granted, with costs to the employer. Issues of notice and accidental injury arising out of and in the course of employment may be raised and reviewed by this court on appeal from any final decision of the board in this matter. Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.